**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MICHAEL PATRICK SPEAR, SR.                                                                PLAINTIFF

V.                                    NO: 3:13CV00006 SWW

DENNIS BURTON                                                                                      DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of March, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE